# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYDNEY D. DENKINS,<br><br>*Plaintiff*,<br><br>v.<br><br>WILLIAM PENN SCHOOL DISTRICT and JANE ANN HARBERT, individually,<br>*Defendants*. | CIVIL ACTION<br>NO. 20-02228 |

## ORDER

**AND NOW**, this 2nd day of October 2020, upon consideration of Defendants' Motion to Dismiss or Strike, (ECF No. 10), and Plaintiff's Response, (ECF No. 11), it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.